UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DALE and JENNIFER HARRIS, as
Parents and next friend of their minor son,
RNH,

     Plaintiffs,

v.

MARGARET ADAMS, KATHRYN
ROBERTS, RICHARD SWANSON,
NICOLE NOSEK, SUSAN PETRIE,
ANDREW HOEY, KAREN SHAW,
JOHN BUCKEY, and TOWN OF
HINGHAM SCHOOL COMMITTEE ,

     Defendants.

C.A. NO.: 1:24-CV-12437-WGY

## RULE 7.1 CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I, Gareth W. Notis, undersigned

counsel for the defendants, Margaret Adams, Kathryn Roberts, Richard Swanson, Nicole Nosek,

Susan Petrie, Andrew Hoey, Karen Shaw, John Buckey and Town of Hingham School Committee

("Defendants"), conferred with counsel of record for the plaintiffs in a good faith attempt to resolve

or narrow the issues raised in the attached Motion to Dismiss prior to service.  The parties were

not able to narrow the issues raised in the Motion to Dismiss and accompanying Memorandum of

Law.

Defendants,
Margaret Adams, Kathryn Roberts, Richard
Swanson, Nicole Nosek, Susan Petrie, Andrew
Hoey, Karen Shaw, John Buckey and Town of
Hingham School Committee,
By Their Attorneys,


**/s/ Gareth W. Notis**

Gareth W. Notis, BBO #637814
gnotis@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:      617-342-4821


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper

copies will be sent to those indicated as non-registered participants on October 8, 2024


 /s/ *Gareth W. Notis*