## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

**DALE and JENNIFER HARRIS, as Parents of RNH**
    **Plaintiffs,**

                                  **Civil Action No.:**

**v.**

                                  **1:24-CV-12437-PGL**

**MARGARET ADAMS, KATHRYN ROBERTS,**
**RICHARD SWANSON, NICOLE NOSEK, SUSAN PETRIE,**
**ANDREW HOEY, KAREN SHAW, JOHN BUCKEY, and**
**TOWN OF HINGHAM SCHOOL COMMITTEE**
    **Defendants.**
_____

## EXHIBITS TO SUPPLEMENTAL MEMORANDUM OF LAW

1. Original student proposal
2. Research Assignment – National History Day (Blank)
3. RNH Notes and Outline for script
4. Hingham School Committee Policy Manual – Policy CHCA – Approval of Handbooks and Directives
5. Hingham School Committee Policy Manual – Policy JI – Student Rights and Responsibilities
6. Hingham School Committee Policy Manual – Policy JIC – Student Discipline
7. AI slide deck
8. "AI Expectations"
9. Revised AI slide deck
10. Excerpts from Hingham High School Student Handbook, 2023-2024 ("Old Handbook") see Page 25 (does not include "artificial intelligence"
11. Excerpt from Revised Hingham High School Student Handbook, 2024-2025 ("New Handbook") see page 24 (does include "artificial intelligence"
12. Affidavit of Bree Dusseault
13. AP US History Class Expectations – Susan Petrie
14. Article:  CDS Adopts Generative AI Assistance Policy"  Boston University, www.bu.edu/cds/faculty/2023/03/24-cds-adopts-generative-ai-chatgpt-policy/ (last visited 10/17/24)
15. Affidavit of Pamela Roth
16. GCPS Human-Centered Artificial Intelligence (AI) - Gwinnett County Public Schools
17. ABC Guide to Ethical and Responsible Use of AI - PUBLIC