

AP

| **Research Assignment: National History Day** |
|---|

Each year more than half a million students participate. You will choose a historical topic related to this year's theme of *Turning Points in History*, and conduct primary and secondary research. You will look through libraries, archives and museums, conduct oral history interviews, and visit historic sites. After you have analyzed and interpreted your sources, and have drawn a conclusion about the significance of your topic, you will then be able to present your work as a research paper, website, documentary, or performance.

Options for categories

|  | Length | Individual | Group (virtual) |
|---|---|---|---|
| Paper | 2500 word limit | X |  |
| Documentary | 10 minute limit | X | X (2 person limit) |
| Performance | 10 minute limit | X | X (4 person limit) |

## **Term I Due Dates:**

| Steps | Description | Due Date |
|---|---|---|
| 1 | Introduce project | By 9/26 |
| 2 | Topic Worksheet Form | 10/2 |
| 3 | Research Proposal (2 pages, typed) | 10/13 |
| 4 | Working Bibliography (Chicago Style, typed, minimum # of sources: 10, 5 of which are primary sources) <br> **NOTE: NHD-competitive projects will far exceed this minimum (see Final Project note) | 10/27 |

## **Term II Due Dates:**

| Steps | Description | Due Date |
|---|---|---|
| 5 | Preliminary Research/Notes | 11/17 |
| 6 | Outline (for papers), rough draft of script (documentaries and performances) | 12/7 |
| 7 | Final Project (you must turn in your final draft, your graded outline/script, and submit to turnitin.com) (Chicago Style, typed, minimum # of sources: 25, 10 of which are primary sources) | 1/11 |

## **Contest Rules**

Once you choose your format, please read the NHD rule book that applies to your project. You may find it [HERE](#). Your project grade will be based on this criteria.

**Hingham High School Contest**

TBD

**Massachusetts History Day support for students**
- NHD MA website: [www.masshist.org/masshistoryday](http://www.masshist.org/masshistoryday)
- Virtual Chat: Link at [http://masshist.org/masshistoryday/contestinfo](http://masshist.org/masshistoryday/contestinfo)
    - Thursdays from 3:30 - 4:30
      9/9, 9/23, 10/7, 10/21, 11/4, 11/18, 12/2, 12/16, 1/13, 1/20
      Beginning on Thursday, September 9th, we will be holding a bi-weekly virtual chat for students and teachers. Drop in to ask any questions: research, topic ideas, classroom resources, explaining the rule book, or just to chat!

**Step 1: Topic Proposal Form**   **AP**   **Due:** _____

**Name(s):**

**Type of Entry:**

  _____ **Historical paper**  _____ Individual

  _____ **Documentary**  _____ Individual  _____ Group

  _____ **Display**  _____ Individual  _____ Group

  _____ **Website**  _____ Individual  _____ Group

  _____ **Performance**  _____ Individual  _____ Group

**[This is not a firm commitment, but you should have an idea of what you're interested in – especially if you are a group]**

**Proposal Description – Who / what do you want to study?**

 **Subject:**

**Why are you interested in studying this person / event / idea?**

**Describe why this person / event is important – explain the historical significance. Give three clear reasons why this was important to history at a local, state, national, or international level:**

 a.

 b.

 c.

**CHOOSING YOUR TOPIC AND RELATING IT TO THE THEME** Your challenge is to select a topic that is significant in history, that connects to the annual theme, and that interests you. A good topic is narrow enough for you to dive deeply into research materials, analyze your findings, and develop a strong historical argument. You will research this topic for many weeks or months, so it must hold your interest. A good topic will have many sources written by historians, as well as sources created at the time the events occurred. Time needs to pass before historians feel a topic is complete enough to understand what happened, what led to it, and why it matters. Current events are not good topics for NHD projects, but your questions about current events may lead you to similar examples in history that also interest you. For example, Greta Thunberg's activism would not be a good topic for NHD because historians cannot yet understand the historical significance. However, an interest in Greta Thunberg might lead you to explore the early environmental movement. You might choose to explore an influential leader or a movement with parallels to today's events. For instance, you might look at how Rachel Carson's Silent Spring inspired the environmental movement of the 1960s or how John Muir's conservation work led to the creation of national parks in the United States.

How does your topic relate to the theme "Turning Points in History"? Please answer in complete sentences.

**Step 2: Research Proposal: Turning Points in History**                    **Levels 1, 2**
*Each student must complete this individually even if you are working in a group.*

In your research proposal, please give a brief description of your intended topic and respond to the following questions:
- Will you be working alone or with a partner? What format will you choose?
- What is your research question?
- How does this topic relate to the NHD theme?
- What interests you about this topic and what do you want to learn?

Also, be sure to:
- Place your topic in historical context.
- Include at least 2 pieces of historical evidence that is different from your partner's.
- Reference at least 2 historians who have written specifically on this topic. (INCLUDE CHICAGO STYLE CITATION)

Your proposal should be well-crafted and coherent, multi-paragraph, 2 pages, typed, double-spaced, with 1" margins in Times New Roman 12 point font.

**NHD Proposal**
**Levels 1 and 2**

| | | | | |
|---|---|---|---|---|
| Identifies and Addresses Research Question | Exceptional | Good | Fair | Poor |
| Discusses Reasons for Interest & Learning Objectives | Exceptional | Good | Fair | Poor |
| Details How Topic Relates to NHD Theme | Exceptional | Good | Fair | Poor |
| Places Topic in Historical Context | Exceptional | Good | Fair | Poor |
| Includes at Least Two (2) Pieces of Historical Evidence with citation | Exceptional | Good | Fair | Poor |
| References at Least Two (2) Historians with citation | Exceptional | Good | Fair | Poor |
| Written Expression | Exceptional | Good | Fair | Poor |
| Formatting/Presentation | Exceptional | Good | Fair | Poor |