## File: CHCA - APPROVAL OF HANDBOOKS AND DIRECTIVES

The law directs that the Principal of each school building containing the grades nine to twelve, in consultation with the School Council, shall prepare and distribute to each student a handbook setting forth the rules pertaining to conduct of students. The School Council shall review the handbook each spring to consider changes to take effect in September.

It is essential that the contents of all handbooks conform to School Committee policies. It is also important that all handbooks bearing the name of the HPS District be of a quality that reflects credit on the school department. Therefore, the Committee expects handbooks to be approved prior to publication by the Committee and/or the Superintendent.

Committee approval will be necessary for any standards of conduct for staff and/or students.  The Superintendent will use their judgment as to whether other specific handbooks need Committee approval; however, all handbooks published will be made available to the Committee for informational purposes.

LEGAL REFS.:  M.G.L. [71:37H](#)