## File: JI - STUDENT RIGHTS AND RESPONSIBILITIES

The School Committee has the responsibility to afford students the rights that are theirs by virtue of guarantees offered under the federal and state constitutions and statutes. In connection with rights, there are responsibilities that must be assumed by students.

Among these rights and responsibilities are the following:

1. Civil rights - including the rights to equal educational opportunity and freedom from discrimination; the responsibility not to discriminate against others.

2. The right to attend free public schools; the responsibility to attend school regularly and to observe school rules essential for permitting others to learn at school.

3. The right to due process of law with respect to suspension, expulsion, and decisions the student believes injure their rights;

4. The right to free inquiry and expression; responsibility to observe reasonable rules regarding these rights.

5. The right to privacy, which includes privacy with respect to the student's school records;

It is the Committee's belief that as part of the educational process students should be made aware of their legal rights, and of the legal authority of the Committee to make and delegate authority to its staff to make rules regarding the orderly operation of the schools.

Students have the right to know the standards of behavior that are expected of them and the consequences of misbehavior.

The rights and responsibilities of students, including standards of conduct, will be made available to students and their parents/guardians through handbooks distributed annually.

LEGAL REFS.:  M.G.L. 71:37H; 71:82 through 71:86