Mrs. Petrie's Rules for Success in the Classroom

"Don't curse the darkness- light a candle."
-Chinese Proverb
If you have any problems of questions about anything in class, you will never find an answer or receive any help if you keep to yourself. Ask questions, come see me after school, leave me a note in my mailbox. I am here to help you succeed, and I am very accessible.

Be prepared. Pen or pencil and notebook are necessities for every class. You *are* in high school; I will assume by this point in life you have learned that it is difficult to take notes without these materials.

Bring your book to class everyday, unless otherwise instructed.

The bell rings for a reason. Lateness will not be tolerated. It will be dealt with- after school. Remember, three tardies equals an absence.

This is Social Studies, the stress placed on Studies, not Social. While I am sure your social skills are well developed, you must also exercise your listening and studying skills. When I speak, you listen. When you would like to speak, raise your hand and wait to be called on.

Everyone is entitled to his or her own opinion. Do not criticize others for answers they may give, even if they are wrong. Just remember, someday you too will find yourself asked a question of which you are not sure the answer.

Homework will be assigned on a daily basis. It should be typed or neatly handwritten. We are not living in ancient Egypt; hieroglyphics is not an appropriate form of writing.

A notebook is a must. Take good notes and save all handouts. Studying for tests is much easier when you have an organized notebook.

Grading policy: Quizzes will be given usually once a week, sometimes announced, sometimes unannounced. Tests will always be announced days in advance. Your homework average will count as a test grade, as will class participatio. Papers and projects will be valued anywhere from a quiz grade to a double test grade. For major assignments, you are given a period of time in which you can hand in your finished product. For this reason, if you do not hand in your paper by the last possible date, your grade begins at a 50.