

# Source Notes

World Conflict Research Paper

# What is a source?

-A source gives you information about your conflict. For the World Conflict project, a source should be from one of the LMC databases (GALE) or from a book in the LMC.

-A GOOD source should:

- -Have information on ONE or MORE of your research topics/
- -Be clear and easy to read.

# What are source notes?

-As you find articles/books/encyclopedia entries you need to take notes to help you gather information to be able to write an outline and essay.

*Being organized and detailed NOW will help you when we start to write.*

-You will organize your notes based on each source that you find. Using the template on Google Docs, you will record information on the following topics:

- Overview/Background of the Conflict
- Social/Environmental Causes and Impacts
- Economic Causes and Impacts
- Political Causes and Impacts

Make sure you record WHERE you found the source. For this project you will have to record:

**-Source #**
*When did you find/use the source (1st?, 6th?)? You should have at least 8 different sources to use in the paper.*

**-Bibliography**
*Write or copy/paste Source Citation from the bottom of the databases or use the EasyBib guide to generate a citation for a book/website*

**-Parenthetical Reference**
*Author's/Editor's Last Name) *see me if there is no author, in some cases you will have to use the article title or name of website***

**World Conflict Research**

Conflict:

Source:

Bibliography:

Parenthetical Reference (author's last name or website title):

Notes:

**BACKGROUND**

| Quote or Information | | |
|---|---|---|
| Quote or Information | | |
| Quote or Information | | |
| | | |

**SOCIAL**

| Quote or Information | | |
|---|---|---|
| Quote or Information | | |
| Quote or Information | | |

**ECONOMIC**

# Parenthetical Citation Guide

| Type of Source | Template | Example |
|---|---|---|
| **Book** | (Author's Last Name Page #) *write the page number after a quote within the source template* <br><br> (Author's Last Name)---Upper Standard Only | (McDougall 202) <br><br><br><br> (McDougall) |
| **Article w/ author or editor** | (Author's Last Name) | (McDougall) |
| **Article w/ no author** | (*Article Title*) *Italic!* | (*World Geography is the Best*) |
| **Website** | (Author's Last Name) or if no author (Name of Website Online) *no .com/.org* | (McDougall) <br> (New York Times Online) <br> (CNN Online) |
| **Newspaper** | (*Name of Newspaper*) *Italic!* | (*Boston Globe*) |

**(Gale) is NOT a correct parenthetical citation. You have to give me a "hint" for where to look in your bibliography for the source.**

**If you have two sources that were written by the same person, come see me!**

# What should I write in my notes?

-Paraphrase general information (in your own words)

-For more specific information, copy it directly and put quotation marks around the sentence(s). You will need to have direct quotes in the paper.

-Make sure that the information you record will help you answer the research question and relates to the topic. If you are unsure---ask me!

**World Conflict Research**

Conflict: Rwandan Genocide

Source #: 3

Bibliography:
"Rwanda Genocide: 100 days of slaughter." BBC News. 7 April. 2014. BBC News. 12 March 2018
&lt;http://www.bbc.com/news/world-africa-26875506&gt;.

Parenthetical Reference (author's last name or website title):
(Rwanda Genocide: 100 days of slaughter)

Notes:
**BACKGROUND**

| Quote or Information | 85% of Rwandans Hutus and remaining 15% made up of mostly Tutsis | Both ethnic groups originally lived in peace but almost changed their idea of each other on the flip of a dime |
|---|---|---|
| Quote or Information | Although the minority, Tutsis have long dominated the country which made Hutus feel that they were being treated unequally since government basically made up of all Tutsis too | April 6, 1994 (night) a plane carrying then Rwandan president, Juvenal Habyarimana and his counterpart Cyprien Ntaryamira of Burundi (both of Hutu ethnicity) was shot down and everyone on the plane was killed |
| Quote or Information | 1959, Hutus overthrew the Tutsi monarchy government, causing much mayhem and chaos among ethnic groups, and forcing Tutsi refugees to flee to neighboring countries and formed the RPF (many went to Uganda and trained with Ugandan army, how Tutsis later beat Hutus) | The Hutu extremists set up radio stations and newspapers which broadcast hate propaganda, urging people to "weed out the cockroaches" meaning kill the Tutsis. The names of those to be killed were read out on radio. Even priests and nuns have been convicted of killing people, including some who sought shelter in churches" |

"Lists of government opponents were handed

# World Conflict Project



7th Grade World Geography

What are the social, economic, and political causes and impacts of your conflict, and what is the prospect for a lasting peace?

**Question Overview**: Over the last few decades (and in some cases beyond), the world has seen many geopolitical and cultural conflicts that have had a large impact on many countries and people. Your research project this year will consist of researching and evaluating one of these conflicts. You will look at the social, economic, and political causes and impacts of these conflicts. Some of these conflicts have come to a close, or an uneasy close (peace), while others rage on. You will analyze this aspect of the conflict as well.

**Step One:** Pick **Conflict** in class draft
**Step Two:** Research **Basics of Conflict**
**Step Three:** Review topic and **brainstorm** categories and review focus areas. **Complete Research Packet** - Eight sources total. Include four or more direct quotes and correct parenthetical citations. We will be in the LMC and the computer lab researching your conflict. **Research Slideshow. Research Rubric.**

## To begin research, GO TO: http://hmslmc.weebly.com/

Click on **Search Databases**:



**Sign in if you need to (un: hingham, pw: hingham)**

Click on **Gale Databases:**



Find **GLOBAL ISSUES IN CONTEXT** and **WAR AND TERRORISM COLLECTION**:



Click on **Browse All Topics** and then find your conflict! Start reading!



**Step 4:** Come up with a **thesis statement**
**Step 5:** Outline research paper and Peer Edit
**Step 6:** Write research paper paragraph by paragraph while receiving feedback and making edits
**Step 7:** Complete Title page and Bibliography
**Step 8:** Check the checklist, print everything out, put it all together, turn it in!

## Key Points to Remember

*Since this is a **long-term** project that takes you through several steps, it's really important to stay on top of your work and be focused and ready to work hard in class. All of your handouts and notes should be saved in a folder on your drive.

*Much of this work will be done during class, but there will be some assignments that you will need to work on at home. You don't want to get behind! Please ask me questions during class and come for extra help if you need it.

***This is a challenging assignment and I want you to be successful!***