# EXHIBIT H

**Academic Dishonesty**
Any student who has chosen to plagiarize or unknowingly plagiarized can receive a failing grade for the term and/or course.  Many cases of plagiarism stem from misunderstandings about how to use sources correctly, how to paraphrase, etc. *You are here to learn*.  As your teacher I am here to set the context for you to learn.  If you are unsure about whether or not you might be plagiarizing please talk to me ***before*** you submit the paper.  **If you plagiarize, intentionally or unintentionally, you are subject to the disciplinary measures and academic consequences outlined in the HHS Student Handbook.**  Please consult the handbook for further information concerning plagiarism.  To deter plagiarism and maintain an electronic record of all essays, **students must complete ALL classwork, homework, and take-home essays on the assigned (or teacher-attached) Google documents**. Students can attest to complete academic integrity if all work is completed in the submitted document, as the Draftback Chrome extension offers that assurance. For example, students should NOT work in a separate document and "copy and paste" a block of text or their entire paper into the assigned Google document. Additionally, students are required to submit every take-home writing assignment to www.turnitin.com at the time of the assignment deadline.  You may be asked to submit other writing samples to the website as well.

**Artificial Intelligence (A.I.) & Chatbots**
Students should learn more about AI text generators and other AI-based assistive resources to enhance rather than compromise or damage their developing abilities as writers, communicators, and critical thinkers.  In line with several higher education[1] students are expected to adopt best practices in how they engage with AI. Lastly, this policy may be revised in light of other policies and new  technological developments in AI tools.

   Students shall:

- Not use AI tools during in-class examinations, processed writing assignments, homework or classwork unless explicitly permitted and instructed. If there is a question about when, where, and how to use these tools, the student *must* communicate with their instructor in advance of use.
- Use AI tools responsibly, only when aiming to *deepen* understanding of subject matter and to support learning *without replacing* their own critical thinking.
- Give credit to AI tools whenever used, even if only to generate ideas or edit a small section of student work.
- Adhere to MLA citation and formatting guidelines expected of students when asked to produce original works of student intellectual property.
- When using AI tools on assignments, add an appendix for every use of AI showing:
    - (a) the entire exchange, **highlighting the most relevant sections**;
    - (b) **a description** of precisely which AI tools were used (e.g. ChatGPT private subscription version or Bard),
    - (c) **an explanation** of how the AI tools were used (e.g. to generate ideas, turns of phrase, identify elements of text, edit long stretches of text, build lines of argument, locate pieces of evidence, create concept or planning maps, illustrations of key concepts, etc.);
    - (d) **an account** of why AI tools were used (e.g. procrastination, to surmount writer's block, to stimulate thinking, to manage stress level, to address mismanagement of time,  to clarify prose, to translate text, to experiment with the technology, etc.).

---

[1] CDS Academic Policy Committee, "Using Generative AI in Coursework," 2023.