# EXHIBIT L

# Artificial Intelligence (AI) and Your National History Day® (NHD) Project

NHD students develop projects based on historical research related to an annual theme and present their conclusions. If you participate in NHD, you agree to present work that is your unique academic product. Academic integrity is at the core of NHD.

- You are encouraged to use tools such as library databases, computer programs (word processing, graphic design, web builders, video editing software), and the internet to complete your project.
- Artificial Intelligence (AI) is an emerging technology and tool. Like any tool, it has its limitations.
- Students are not required to use AI tools (chatbots, video generators, art generators, code generators, text generators) to participate in NHD.
- If you are going to use AI, you need to use it properly.



## Ways You May Use AI

- ☑ Brainstorming topic ideas
- ☑ Brainstorming key words to research a topic
- ☑ Looking for resources you can find in a school or local library
- ☑ Reviewing your writing for grammar and punctuation mistakes
- ☑ Simplifying the language in a source to make it more understandable



## Ways You May Not Use AI

- ⊗ Letting AI create your project for you. Do not use AI to write your paper, develop your script, draft the text for your website, create charts/graphs for your exhibit, or create your documentary.
- ⊗ Letting AI do your topic analysis for you. Your analysis and the wording of your analysis should be uniquely your own.
- ⊗ While AI tools can recommend sources, they cannot provide accurate evidence or quotations. AI tools often **hallucinate** when asked to do so.

---

You can use an AI chatbot to begin your research. **For example,** if you are interested in WWII, you could ask a chatbot to help you brainstorm topic ideas and keywords for your research.

**Questions:**
- What are several important battles during WWII?
- What keywords should I use when researching the Battle of Midway?
- What libraries and archives have primary sources on the Battle of Midway?
- What historians have written about the Battle of Midway?

---

AI is known to **hallucinate** or provide made-up or incorrect information, especially with more recent information, or if you write phrases AI doesn't know.

**For example:**
**Question:** What is the world record for crossing the English Channel *entirely on foot*?
**Chatbot:** As of my last knowledge update in September 2021, the world record for crossing the English Channel *entirely on foot* was held by Sarah Thomas, an American open-water swimmer.

You can't cross the English Channel *entirely on foot* - it's a body of water.

---

### If you use AI, you need to cite it properly.



- Explain how you used AI tool(s) in your process paper.
- Add a citation to your annotated bibliography. Include the tool(s) and date(s). In the annotation, explain how you used it. Both MLA and *The Chicago Manual of Style* include annotations for AI tools.
- AI tools are secondary sources.



*Sept. 2023*