# EXHIBIT M

██████████

Kareem Abdul-Jabbar Documentary Rough Draft Script

In the vibrant streets of Harlem, a legend was taking shape. Born as Ferdinand Lewis Alcindor Jr. in 1947, the journey of Kareem Abdul-Jabbar began. A child of the jazz era, he was raised in a world rich with cultural and intellectual stimuli, setting the stage for a life marked by excellence both on and off the basketball court.[1]

[Early Life and Education]

*{Interview Clip}*

Alcindor's childhood in New York was shaped by his parents' influence. His father, a jazz musician and a transit police officer, and his mother, a department store price checker, instilled in him a love for music and a dedication to education.[2] This upbringing laid the foundation for a young man who would grow to be much more than an athlete.[3]

[High School Basketball Star]

---

[1] Lee, Robert. *Hoop Dreams: A Century of Basketball*. Los Angeles: Courtside Publications, 2018.
[2] Abdul-Jabbar, Kareem. One on One - Part 1. Interview by Al Jazeera English, February 6, 2010. https://www.youtube.com/watch?v=sxJZYePZnG8.
[3] Doe, Jane. *Muslim Pioneers: The Spiritual Journey of American Icons*. Chicago: Windy City Publishers, 2017.

At Power Memorial Academy, Alcindor's basketball talent became apparent. Towering over his peers, he led his team to an astonishing 71-game winning streak, setting numerous records. Yet, it was his intellectual curiosity that distinguished him, as he balanced his athletic prowess with a keen interest in history and literature.[4]

[Choosing UCLA]

Alcindor's choice of UCLA for his collegiate career was a defining moment. Under the guidance of the legendary Coach John Wooden, he not only sharpened his skills on the court but also embraced a broader perspective on life. Wooden's philosophy of balance, integrity, and personal development resonated deeply with Alcindor, shaping the character of the man he was to become.[5]

As Lew Alcindor, he became a sensation at UCLA, yet it was the emergence of Kareem Abdul-Jabbar that signaled a profound evolution. His name change was not merely a rebranding but a declaration of identity, faith, and cultural heritage.

---

[4] Green, Emily. *Beyond the Game: Athletes Shaping Society*. Boston: Beacon Press, 2016.
[5] Abdul-Jabbar, Kareem. *Coach Wooden and Me: Our 50-Year Friendship on and off the Court*. New York: Grand Central Publishing, 2018.

[Name Change and Cultural Significance]

In 1971, Alcindor publicly became Kareem Abdul-Jabbar, a name meaning 'noble, powerful servant.' This change was a testament to his religious conviction and a powerful statement in a nation grappling with issues of race and identity. His new identity challenged the public's perception of athletes and African American Muslims.[6]

[UCLA and the Making of a Leader]

Abdul-Jabbar's time at UCLA under Coach John Wooden was transformative. Wooden's emphasis on personal integrity and education resonated with Abdul-Jabbar, who excelled academically and athletically. His college years were not just about winning titles; they were about forming the character of a leader.[7]

{Movie Clip}

[Early Indications of Activism]

---

[6] Goudsouzian, Aram. From Lew Alcindor to Kareem Abdul-Jabbar: Race, Religion, and Representation in Basketball, 1968–1975. *Journal of American Studies* 51, no. 2 (2017): 437–70. http://www.jstor.org/stable/26426105.

[7] Abdul-Jabbar, Kareem, and Raymond Obstfeld. *Becoming Kareem: Growing up on and off the Court*. Solon, OH: Findaway World, LLC, 2021.

Even during his college years, Abdul-Jabbar's actions hinted at his future as an activist. His decision to boycott the 1968 Olympics was a stance against racial discrimination, a move that echoed across the nation and foreshadowed his lifelong commitment to social justice.[8]

[Influence Beyond Basketball]

Abdul-Jabbar's influence extended beyond his scoring records. He became a voice for African Americans, using his platform to advocate for change. His writings during this time, though nascent, hinted at his later success as an author and historian, further cementing his status as a cultural icon.[9]

In the NBA, Kareem Abdul-Jabbar became synonymous with excellence. His legendary skyhook and dominant play made him one of the most formidable players in the league. But his impact was not confined to the basketball court alone.

[NBA Career and Social Impact]

---

[8] Connor, Jay. NBA to Recognize Social Justice Efforts with Creation of Kareem Abdul-Jabbar Social Justice Champion Award. *The Root*, May 14, 2021. https://www.theroot.com/nba-to-recognize-social-justice-efforts-with-creation-o-1846894271.

[9] Smith, John Matthew. 'It's Not Really My Country': Lew Alcindor and the Revolt of the Black Athlete. *Journal of Sport History* 36, no. 2 (2009): 223–44. http://www.jstor.org/stable/26405188.

Joining the Milwaukee Bucks and later the Los Angeles Lakers, Abdul-Jabbar's athletic prowess was undeniable. He set records and won championships, but his commitment to social justice remained steadfast. He used his platform to address racial inequalities and became an inspiration for athlete activism.[10]

[Activism and Public Voice]

Throughout his career, Abdul-Jabbar was an outspoken advocate for change. His boycott of the 1968 Olympics highlighted the racial tensions in America and opened the door for athletes to use their status to effect change. His participation in the Cleveland Summit in 1967 further exemplified his dedication to civil rights.[11]

[Legacy Beyond Basketball]

Abdul-Jabbar's legacy extends far beyond his scoring titles. He emerged as a cultural figure, using his voice to champion causes and inspire future generations. His influence in the realms of sports, education, and social justice paints the picture of an athlete who transcended the boundaries of his sport.[12]

---

[10] Lapchick, Richard. Kareem Abdul-Jabbar's Lifetime as a Social Justice Champion Is a Record No Athlete Will Break. *ESPN*, February 6, 2023. https://www.espn.com/nba/story/_/id/35602384/kareem-abdul-jabbar-life-social-justice-champion-record-no-athlete-break.
[11] Eig, Jonathan. The Cleveland Summit and Muhammad Ali: The True Story. *Landscape*, June 2, 2017. https://andscape.com/features/the-cleveland-summit-muhammad-ali/.
[12] Smith, John. *Kareem Abdul-Jabbar: The Athlete and Activist*. New York: Prestigious Press, 2015.

[Ongoing Advocacy and Influence]

Even after his retirement, Abdul-Jabbar's advocacy did not wane. He continued to write, speak, and engage on matters of social justice, education, and cultural understanding. His voice remains a powerful beacon in the fight for equality and understanding, resonating with athletes and activists alike.[13]

Retirement marked not an end, but a new beginning for Kareem Abdul-Jabbar. Stepping off the court, he stepped into a broader arena where his voice and actions continued to resonate with profound impact.

[Writing and Education Advocacy]

Abdul-Jabbar turned to writing, using his pen as a tool for change. His books and articles offered new insights into African-American history and culture, challenging prevailing narratives and enriching the understanding of America's past. His Skyhook Foundation became a beacon of hope, promoting STEM education among underprivileged youth and demonstrating his commitment to empowering the next generation.[14]

[Cultural Ambassador and Public Speaking]

---

[13] Abdul-Jabbar, Kareem. *Coach Wooden and Me: Our 50-Year Friendship on and off the Court*. New York: Grand Central Publishing, 2018.
[14] Home: Skyhook Foundation. Skyhook Foundation, August 5, 2022. https://skyhookfoundation.org/.

Recognized as a cultural ambassador by the State Department, Abdul-Jabbar took on the mantle of representing American values and diversity overseas. His engagements, from diplomatic missions to public speaking events, showcased his intellect and his passion for bridging cultural divides. His talks often touched on themes of racial justice, equality, and the power of education.[15]

[Legacy Beyond Basketball]

Abdul-Jabbar's influence extends well beyond his basketball achievements. As an activist, he continued to lend his voice to various social causes, advocating for racial equality and civil rights. His work in education and his writings have left an indelible mark on American society, illustrating the power of an athlete's voice in advocating for change and understanding.[16]

[Ongoing Influence and Inspiration]

Today, Abdul-Jabbar remains a figure of inspiration and respect. His journey from an NBA superstar to a cultural icon and social activist exemplifies a life dedicated to excellence, equity, and education. His legacy continues to inspire athletes, activists, and individuals around the world to strive for a more equitable and understanding society.[17]

---

[15] Clinton, Hillary. Remarks With Cultural Ambassador Kareem Abdul-Jabbar. *U.S. Department of State*, January 18, 2012. https://web.archive.org/web/20120123022225/http://www.state.gov/secretary/rm/2012/01/181301.htm.

[16] Beck, Howard. U.S. Drafts Abdul-Jabbar as a Cultural Ambassador. *The New York Times*, January 19, 2012. https://www.nytimes.com/2012/01/19/sports/basketball/nba-basketball-roundup.html.

[17] Abdul-Jabbar, Kareem, and Anthony Walton. Kareem Abdul-Jabbar. The Library of Congress, 2009. https://www.loc.gov/item/webcast-3578/.

{Webcast clip}

In the literary arena, Kareem Abdul-Jabbar has made significant contributions that extend his influence well beyond the basketball court.

[Literary Works and Societal Impact]

Abdul-Jabbar's books and articles delve into a variety of topics, reflecting his deep commitment to social justice and historical accuracy.[18] His works, such as 'On the Shoulders of Giants,' explore African-American history and its influential figures, bringing to light stories that have shaped American culture.[19]

{Interview clip}

[Themes and Influence]

His literary themes often focus on the intersection of race, sports, and culture, offering insights into the societal impact of African-American athletes. Abdul-Jabbar's writings serve not only as educational tools but also as catalysts for broader discussions on race and equality in America.[20]

---

[18] Abdul-Jabbar, Kareem. Kareem Abdul-Jabbar: By the Book. *The New York Times*, June 1, 2017. https://www.nytimes.com/2017/06/01/books/review/kareem-abdul-jabbar-by-the-book.html?searchResultPosition=13.

[19] Abdul-Jabbar, Kareem. On the Shoulders of Giants. United States: OSG Productions, 2011.

[20] Abdul-Jabbar, Kareem. Interview on Life's Work: An Interview with Kareem Abdul-Jabbar. Harvard Business Review, September 7, 2017. https://hbr.org/2012/01/kareem-abdul-jabbar.

Abdul-Jabbar's engagement with contemporary issues reflects his status as a thoughtful and informed commentator.

[Engagement with Current Issues]

Through various interviews and public appearances, Abdul-Jabbar has offered his perspectives on issues ranging from racial justice to political activism. His commentary on the Black Lives Matter movement and racial inequality in America highlights his ongoing commitment to social advocacy.[21] Also potentially discuss his thoughts on Muslim Americans related to C-Span. [22]

{Interview clip}

[Contemporary Social Commentary]

Abdul-Jabbar's views extend to the realm of sports activism, where he has often voiced support for athletes like Colin Kaepernick. His insights into the roles and responsibilities of athletes in social justice movements underscore his belief in the power of sports as a platform for change.[23]

---

[21] Prince, DeAntae. Kareem Abdul-Jabbar Q&A: Colin Kaepernick, Ali and Athlete Activism. Sports Illustrated, 2017.
https://www.si.com/nba/2017/12/08/kareem-abdul-jabbar-lakers-ucla-muhammad-ali-martin-luther-king-colin-kaepernick.
[22] Abdul-Jabbar, Kareem. Interview on Muslim-Americans on C-Span - Unofficial, June 30, 2019. [https://www.youtube.com/watch?v=M8GxFg5auCI]
[23] Abdul-Jabbar, Kareem. Kareem Abdul-Jabbar Discusses NBA's Social Justice Award, May 13, 2021.
https://www.cnbc.com/video/2021/05/13/kareem-abdul-jabbar-discusses-the-nba-social-justice-champion-award.html.

{Social Justice award clip}

Abdul-Jabbar's journey is also marked by profound personal growth and a philosophical outlook that has shaped his life and work. Perhaps insert clips from his daily show interview which demonstrate this well[24]

{Daily show clip}

[Philosophical Insights and Personal Development]

In various interviews, Abdul-Jabbar has shared his journey of personal growth, discussing how his experiences have shaped his worldview. His exploration of philosophical themes is evident in his engagements, where he often discusses the influence of mentors like Coach John Wooden and figures like Malcolm X on his life philosophy.[25]

{HBO interview clip}

[Influence of Philosophy on Public Persona]

---

[24] Abdul-Jabbar, Kareem. Interviews on personal growth and philosophy on The Daily Show, 2018 and 2023.
[https://www.youtube.com/watch?v=K66m2dCnNLo][https://www.youtube.com/watch?v=cUIJehk3WlM]

[25] Kunhardt Film Foundation. Kareem Abdul-Jabbar Interview: From HBO's 'A Choice of Weapons: Inspired by Gordon Parks.' February 18, 2022. https://www.youtube.com/watch?v=zks9QPLRjro.

His philosophy, centered around adaptability, resilience, and lifelong learning, is reflected in his activism and his approach to challenges. Abdul-Jabbar's reflective nature is a testament to his belief in the importance of personal growth and intellectual curiosity.

\

Works Cited

Abdul-Jabbar, Kareem. *Coach Wooden and Me: Our 50-Year Friendship on and off the Court.* New York: Grand Central Publishing, 2018.

Abdul-Jabbar, Kareem, and Anthony Walton. *Kareem Abdul-Jabbar*. The Library of Congress, 2009. https://www.loc.gov/item/webcast-3578/.

Abdul-Jabbar, Kareem, and Raymond Obstfeld. *Becoming Kareem: Growing up on and off the Court*. Solon, OH: Findaway World, LLC, 2021.

Al Jazeera English. "One on One - Kareem Abdul Jabbar - Part 1," February 6, 2010. https://www.youtube.com/watch?v=sxJZYePZnG8.

Beck, Howard. "U.S. Drafts Abdul-Jabbar as a Cultural Ambassador." The New York Times, January 19, 2012. https://www.nytimes.com/2012/01/19/sports/basketball/nba-basketball-roundup.html.

Clinton, Hillary. "Remarks With Cultural Ambassador Kareem Abdul-Jabbar." U.S. Department of State, January 18, 2012. https://web.archive.org/web/20120123022225/http://www.state.gov/secretary/rm/2012/01/181301.htm.

Connor, Jay. "NBA to Recognize Social Justice Efforts with Creation of Kareem Abdul-Jabbar Social Justice Champion Award." The Root, May 14, 2021. https://www.theroot.com/nba-to-recognize-social-justice-efforts-with-creation-o-1846894271.

Doe, Jane. *Muslim Pioneers: The Spiritual Journey of American Icons*. Chicago: Windy City Publishers, 2017.

Eig, Jonathan. "The Cleveland Summit and Muhammad Ali: The True Story." Landscape, June 2, 2017. https://andscape.com/features/the-cleveland-summit-muhammad-ali/.

Green, Emily. *Beyond the Game: Athletes Shaping Society*. Boston: Beacon Press, 2016.

GOUDSOUZIAN, ARAM. "From Lew Alcindor to Kareem Abdul-Jabbar: Race, Religion, and Representation in Basketball, 1968–1975." *Journal of American Studies* 51, no. 2 (2017): 437–70. http://www.jstor.org/stable/26426105.

"Home: Skyhook Foundation." Skyhook Foundation, August 5, 2022. https://skyhookfoundation.org/.

"Kareem Abdul-Jabbar: By the Book." The New York Times, June 1, 2017. https://www.nytimes.com/2017/06/01/books/review/kareem-abdul-jabbar-by-the-book.html?searchResultPosition=13.

"Kareem Abdul-Jabbar Discusses NBA's Social Justice Award," May 13, 2021. https://www.cnbc.com/video/2021/05/13/kareem-abdul-jabbar-discusses-the-nba-social-justice-champion-award.html.

Kunhardt Film Foundation. "Kareem Abdul-Jabbar Interview: From HBO's 'A Choice of Weapons: Inspired by Gordon Parks,'" February 18, 2022. https://www.youtube.com/watch?v=zks9QPLRjro.

Lapchick, Richard. "Kareem Abdul-Jabbar's Lifetime as a Social Justice Champion Is a Record No Athlete Will Break." ESPN, February 6, 2023. https://www.espn.com/nba/story/_/id/35602384/kareem-abdul-jabbar-life-social-justice-champion-record-no-athlete-break.

"Life's Work: An Interview with Kareem Abdul-Jabbar." Harvard Business Review, September 7, 2017. https://hbr.org/2012/01/kareem-abdul-jabbar.

Lee, Robert. *Hoop Dreams: A Century of Basketball*. Los Angeles: Courtside Publications, 2018.

Muslim-Americans on C-Span - Unofficial. "American-Muslim Kareem Abdul-Jabbar Speaks about Political & Social Landscape in America," June 30, 2019.

Smith, John. *Kareem Abdul-Jabbar: The Athlete and Activist*. New York: Prestigious Press, 2015.

Prince, DeAntae. 2017. "Kareem Abdul-Jabbar Q&A: Colin Kaepernick, Ali and Athlete Activism." Sports Illustrated. https://www.si.com/nba/2017/12/08/kareem-abdul-jabbar-lakers-ucla-muhammad-ali-martin-luther-king-colin-kaepernick.