# EXHIBIT O



Dear Mr. & Mrs. Harris,

I'm sorry to say that I'm writing regarding an issue of academic integrity in ▮▮▮ U.S. History class that was brought to my attention by his teacher, Mrs. Petrie.

In a review of ▮▮▮ recent work, as well as conversations with ▮▮▮ and his partner, Mrs. Petrie and I discovered that much of his research notes and first draft script for his National History Day documentary project were generated with AI technology and passed off as his own.

Based on this academic violation, these assignments will be graded as a zero. Moving forward, ▮▮▮ will need to individually come up with a new topic to research, and he will need to demonstrate to Mrs. Petrie that the work is entirely his own (using handwritten index cards for research, etc.). These new assignment parameters and deadlines will be worked out between ▮▮▮ and Mrs. Petrie.

In addition, Assistant Principal Nicole Nosek will follow up regarding disciplinary consequences beyond the academic ones.

I encourage you to first speak with ▮▮▮ regarding this situation, and if you have any questions after having done so, please do not hesitate to reach out.

Best regards,
Andy Hoey

Andy Hoey (he/him)
Director of Social Studies, K-12
Hingham Public Schools
17 Union Street
Hingham, MA 02043
781-741-1560 x2004