# EXHIBIT P



Hi Mrs. Petrie,

I am writing to check in with you about ▮▮▮▮▮▮ progress in history. His father and I never got a chance to speak to you directly regarding his National History Day project and assure you that we took any perception of cheating seriously and that we supported the school in their 5 different disciplinary actions, although we did feel 5 was a bit much. That said, we hope all of that is in the past and that ▮▮▮▮▮▮ performance is meeting or even exceeding your expectations since. I

All the best,

Jenn Harris