# EXHIBIT Q

# Hingham High School Transcript

17 Union Street Hingham, MA 02043

(781) 741-1560

*Last*

June 1, 2025

Seal of Biliteracy: Platinum

Harris, Jennifer  and Harris, Dale

*Name of Parent or Guardian*

Required for Graduation:  110 Credits

HHS Cumulative GPA

* Includes major subjects

* Weighted by levels - see table

School accredited by:

New England Association of Schools and Colleges - 2017



Mon, Oct 07, 2024   Signature   Date