UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

___

**DALE and JENNIFER HARRIS, as Parents of RNH**
    **Plaintiffs,**

**v.**

**MARGARET ADAMS, KATHRYN ROBERTS,**
**RICHARD SWANSON, NICOLE NOSEK, SUSAN PETRIE,**
**ANDREW HOEY, KAREN SHAW, JOHN BUCKEY, and**
**TOWN OF HINGHAM SCHOOL COMMITTEE**
    **Defendants.**

Civil Action No.:

1:24-CV-12437-WGY

___

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME the Parties who respectfully move this Honorable Court to Continue the Status Conference to a date that is mutually convenient for the court and the parties in this matter. The reason for the motion is because the Counsel for the Defendants has a previously scheduled in-person mediation on December 4, 2024, beginning at 10 a.m. before Judge Posner in the Springfield session of the United States District Court. Defendants' counsel planned to attend the above captioned status conference from Springfield, however Court re-noticed the status conference to require the in-person attendance by all counsel of record. Counsel conferred and are available for the Status Conference on has been changed to in-person on December 4, thus this motion to continue on another date. The Court scheduled the Status Conference for December 9, 2024 at 2:00 p.m., however Defense counsel is due to appear in the Bristol County Superior Court at that time.

    The Parties are available on the following dates and times:

    Monday, December 9, 2024 at 9:00 a.m.

    Wednesday, December 18, 2024 at 2:00 p.m.

    WHEREFORE, both parties respectfully request that this Honorable Court allow the status conference to continue on one of the above-referenced dates that is convenient for the Court.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| DALE and JENNIFER HARRIS, as Parents of RNH | MARGARET ADAMS, KATHRYN ROBERTS, RICHARD SWANSON, NICOLE NOSEK, SUSAN PETRIE, ANDREW HOEY, KAREN SHAW, JOHN BUCKEY, and TOWN OF HINGHAM SCHOOL COMMITTEE |
| By their attorney, | By their attorney, |

*Peter S. Farrell*
Peter S. Farrell (BBO No.: 656512)
Farrell Lavin PLLC
46 Railroad Avenue, Suite 204
Duxbury, MA 02332
(781) 236-3620
pfarrell@farrelllavin.com

*Gareth W. Notis* /PSF
Gareth W. Notis, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 737-8857
gnotis@morrisonmahoney.com

Date:  December 5th, 2024