# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---

**DALE and JENNIFER HARRIS, as Parents of RNH**
    **Plaintiffs,**

**v.**

**MARGARET ADAMS, KATHRYN ROBERTS,
RICHARD SWANSON, NICOLE NOSEK, SUSAN PETRIE,
ANDREW HOEY, KAREN SHAW, JOHN BUCKEY, and
TOWN OF HINGHAM SCHOOL COMMITTEE**
    **Defendants.**

**Civil Action No.:**

**1:24-CV-12437-PGL**

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now Come the Parties in the above-captioned matter pursuant to Federal Rule 41(a)(1)(A)(2) and file this Stipulation of Dismissal, with prejudice as to all claims and all parties, waiving the right to appeal, and with each party to bear its own costs and attorney's fees.

Respectfully submitted,

DALE and JENNIFER HARRIS, as Parents of RNH

By their attorney,

*Peter S. Farrell*

Peter S. Farrell (BBO No.: 656512)
Farrell Lavin PLLC
46 Railroad Avenue, Suite 204
Duxbury, MA 02332
(781) 236-3620
pfarrell@farrelllavin.com

Respectfully submitted,

MARGARET ADAMS, KATHRYN ROBERTS,
RICHARD SWANSON, NICOLE NOSEK,
SUSAN PETRIE, ANDREW HOEY, KAREN
SHAW, JOHN BUCKEY, and TOWN OF
HINGHAM SCHOOL COMMITTEE

By their attorney,

Gareth W. Notis, Esquire
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 737-8857
gnotis@morrisonmahoney.com

Date: February 5, 2025

Date: February 5, 2025